IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA FOREIGN EXCHANGE, LLC, a Nebraska limited liability company, on its own and as assignee of Stellar FX Investments, WER, LLC, Scott Witt, Eric Nicoli and Ronald H. Foster, Jr.; <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED MARKETS, LLC, a Florida limited liability company; ADVANCED MARKETS HOLDING, LLC, a Delaware limited liability company; MACQUARIE BANK LIMITED, an Australian banking entity; MACQUARIE AMERICAS CORP., a Delaware corporation; MACQUARIE HOLDINGS (USA), INC., a Delaware corporation; ANTHONY PETER BROCCO, LACHLAN GREEN, <br><br> Defendants. | 8:12CV275 <br><br> **MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Nora M. Kane and Stinson Morrison Hecker LLP, as counsel of record on behalf of Plaintiff Omaha Foreign Exchange, LLC., (filing no. 8), is granted.

August 28, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge